**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | ) 04CV11883-DPW |
| **DEFENDANT** | **TYPE OF PROCESS** |
| KAZIMIERZ PIORKOWSKI, JR. | SUMMONS & COMPLAINT |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
{ Kazimierz Piorkowski, Jr.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 70 Acorn Street, Millis, MA 02054

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
*Barbara Healy Smith (JMZ)*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3282
DATE: 8/30/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 38 | No. 38 | *Nancy Talavera* | 8/30/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Mrs. Piorkowski

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10-4-04
Time: 12:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $21.90 | Forwarding Fee | Total Charges $66.90 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 9/3/04 - No response

---

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

AO 440 (Rev. 5/85) Summons in a Civil Action ®

# United States District Court

District Of   MASSACHUSETTS

UNITED STATES OF AMERICA,

  Plaintiff,

V.

KAZIMIERZ PIORKOWSKI, JR.,

  Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 04-11883 DPW

TO: Kazimierz Piorkowski, Jr.
  70 Acorn Street
  Millis, Massachusetts

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY: LYDIA BOTTOME TURANCHIK
  Trial Attorney, Tax Division
  U.S. Department of Justice
  Post Office Box 55
  Ben Franklin Station
  Washington, D.C. 20044

an Answer to the Complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

**TONY ANASTAS**              8-30-04
CLERK                  DATE

BY DEPUTY CLERK

AO 440 (REV. 5/85) Summons in a Civil Action