COURT
OF MASS.

IN THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

2004 OCT 21  P 5: 34

FILED
'S OFFICE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.: 04-11883DPW |
| | ) | |
| KAZIMIERZ PIORKOWSKI, JR., | ) | |
| | ) | |
| Defendant | ) | |

**ANSWER OF DEFENDANT**

NOW comes KAZIMIERZ PIORKOWSKI, JR. to respond to the United States' Complaint served upon him on or about October 4, 2004 (hereinafter, the, "Defendant"). In response to the Complaint's numbered paragraphs the Defendant states as follows:

1. Admitted.

2. Admitted.

3. Denied. The Defendant acknowledges that he was the responsible person of Wood Frame Corporation but that he did truthfully report income and employment taxes withheld from the wages of employees of Wood Frame Corporation for the periods noted.

4. Denied. The Defendant acknowledges that he was the responsible person of Northeastern Frames, Inc. but that he did truthfully report income and employment taxes withheld from wages of employees of Northeastern Frames, Inc. for the periods noted.

5. Admitted.

6. Denied. It is the belief of the defendant that the amounts in question are over-stated and that the certain claims of the United States are barred by the applicable Statute of Limitations.

```
                                                    COURT
                                                 OF MASS.


                                            2004 OCT 21  P 5: 35
        Respectfully submitted,
        Kazimierz Piorkowski
        By his attorney,
                                                    ED
                                                 'S OFFICE


        [signature]
        Timothy M. Mauser, Esq.
        Mauser & DiPiano, LLP
        98 North Washington Street
        Suite 305
        Boston, MA 02214-1913
        B.B.O. No. 542050
        Tel. 617-720-5585
        Fax. 617-720-5553
```

IN THE UNITED STATES DISTRICT COURT FOR
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

2004 OCT 21 P 5: 35

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 04-11883DPW |
| ) | |
| KAZIMIERZ PIORKOWSKI, JR., ) | |
| ) | |
| Defendant ) | |

## CERTIFICATE OF SERVICE

I, Timothy M. Mauser, Esquire, Mauser & DiPiano, LLP, 98 North Washington Street, Suite 305, Boston, Massachusetts, 02114, hereby certify that I have on this date served a copy of the foregoing instrument by regular first class mail to the attorney for the United States Lydia Bottome Turanchik, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C., 20044.

Respectfully submitted,
Kazimierz Piorkowski
By his attorney,

Timothy M. Mauser, Esq.
Mauser & DiPiano, LLP
98 North Washington Street
Suite 305
Boston, MA 02214-1913
B.B.O. No. 542050
Tel. 617-720-5585
Fax. 617-720-5553