IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAZIMIERZ PIORKOWSKI, JR., )<br>)<br>Defendant. ) | Civil No. 04- 11883-DPW |

JOINT STATEMENT PURSUANT TO MASSACHUSETTS LOCAL RULE 16.1(D)

Pursuant to the Court's Notice of Scheduling Conference, the parties, by undersigned counsel, submit the following joint statement:

1.  The parties request 4 months to complete discovery. The parties' proposed discovery deadline would therefore be March 29, 2005. Because claims brought under § 6672 of the Internal Revenue Code are extraordinarily fact-dependent and may require more than one round of written discovery, phased discovery is not recommended for this litigation.

2.  The parties agree that each party shall be limited to 25 interrogatories as provided by Rule 33(a) of the Federal Rules of Civil Procedure, *provided however* that this limitation shall be exclusive of interrogatories directed to requests for admission under Rule 36 of the Federal Rules of Civil Procedure and to requests for production under Rule 34 of the Federal Rules of Civil Procedure. A party propounding such requests may, without regard to the limit in Rule 33(a), submit parallel interrogatories to demand reasons for the denial of requests for admissions and to inquire as to the whereabouts or destruction of documents or things that the requested party is unable to produce.

- 2 -

3.  The parties propose that the Court set Tuesday, May 10, 2005, as the last day for the service of dispositive motions, thereby allowing the parties a reasonable time after the discovery phase is completed to consider settlement possibilities and draft dispositive motions. The parties propose that responses to any summary judgment motion be served by May 31, 2005.

4.  The parties will file separate certifications as required by Local Rule 16.1(d)(3).

AGREED:

| United States of America<br>Plaintiff: | KAZIMIERZ PIORKOWSKI<br>Defendant: |
|---|---|
| BY:   /s/ Lydia Bottome Turanchik<br>Lydia Bottome Turanchik<br>Trial Attorney, Tax Division<br>United States Department of Justice<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 307-6560 | BY:   Timothy Mauser - (LBT)<br>TIMOTHY M. MAUSER, ESQ.<br>Mauser & DiPiano, LLP<br>98 North Washington Street<br>Suite 305<br>Boston, Massachusetts 02214<br>(617) 720-5585<br>BBO #542050 |