UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
          Plaintiff,                )
                                    )    Civil Action No. 04-11883-DPW
v.                                  )
                                    )
KAZIMIERZ PIORKOWSKI, JR.,          )
          Defendant.                )
_____)

**NOTICE OF APPEARANCE**

Please enter my appearance as local counsel, for purposes of notification of filings, for the plaintiff, the United States of America. Attorney Lydia Bottome Turanchik will remain as lead counsel for said plaintiff in the above-captioned matter.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney


                    By:     /s/ Barbara Healy Smith____
                            BARBARA HEALY SMITH
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            John Joseph Moakley U.S. Courthouse
                            1 Courthouse Way - Suite 9200
                            Boston, MA 02210
                            (617) 748-3282


**Certificate of Service**

I certify that on this day, I gave notice of the foregoing by mailing a copy of same, postage prepaid, first class mail to the pro se plaintiff, Kazimierz Piorkowski, Jr., 70 Acorn Street, Millis, MA  02054.

                    /s/ Barbara Healy Smith____

Dated: November 26, 2004