IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-11883-DPW |
| ) | |
| KAZIMIERZ J. PIORKOWSKI, ) | |
| ) | |
| Defendant. ) | |

### STIPULATED JUDGMENT

The United States of America and defendant Kazimierz Piorkowski stipulate that judgment is entered in favor of the United States against Kazimierz Piorkowski in the amount of $92,767.11, plus interest accruing from April 15, 2005, for outstanding 26 U.S.C. § 6672 liabilities for the periods ending December 31, 1992 as a responsible person for the Wood Frame Corporation and Northeast Frames, Inc.

The parties will bear their respective costs, including any attorney's fees or other expenses stemming from this litigation.

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA,

_/s/ Lydia Bottome Turanchik_
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

IT IS SO ORDERED.

Dated: May 12, 2005

ATTORNEY FOR DEFENDANT
KAZIMIERZ PIROKOWSKI,

_/s/ Timothy Mauser_
TIMOTHY MAUSER
Mauser & DiPiano, LLP
98 North Washington Street
Suite 305
Boston, Massachusetts 02114
(617) 720-5585

_/s/ Douglas P. Woodlock_
JUDGE WOODLOCK
United States District Judge