IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-11883-DPW |
| ) | |
| KAZIMIERZ J. PIORKOWSKI, ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

The judgment entered on May 12, 2005 in the above-titled case having been satisfied, the Clerk of the United States District Court for the District of Massachusetts is hereby authorized and empowered to enter the satisfaction of said judgment.

ATTORNEY FOR PLAINTIFF
UNITED STATES:

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

CERTIFICATE OF SERVICE

     A copy of the foregoing satisfaction of judgment was filed electronically on August 16, 2005.  Counsel may access the filing by virtue of the Court's electronic filing notification system.  A paper copy of this document will also be sent to the defendant by first class mail on August 16, 2005.


 /s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK